FILED

2018 SEP 26  PM 1: 29

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    I N D I C T M E N T |
| | ) |
| Plaintiff, | )    **JUDGE POLSTER** |
| | ) |
| v. | )    CASE NO. **5 : 18  CR  558** |
| | )    Title 18, Sections 922(g)(9), |
| WILLIAM G. SMITH, III, aka BJ, | )    924(a)(2), and 924(d)(1), United |
| | )    States Code; Title 28, Section |
| Defendant. | )    2461(c), United States Code |
| | ) |

<u>COUNT 1</u>
(Person Convicted of Domestic Violence in Possession of a Firearm,
in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2))

The Grand Jury charges:

1.     On or about February 27, 2018, in the Northern District of Ohio, Eastern

Division, Defendant WILLIAM G. SMITH, III, aka BJ, having been previously convicted of a

misdemeanor crime of domestic violence, that is:  Domestic Violence, in Portage County

Municipal Court, Case No. R06CRB2255, on or about January 17, 2007, did knowingly possess

in and affecting interstate commerce a firearm, to-wit:  a SCCY, Model CPX-2, 9mm pistol,

serial number 110340, in violation of Title 18, Sections 922(g)(9) and 924(a)(2), United States

Code.

## COUNT 2
(Person Convicted of Domestic Violence in Possession of Firearms,
in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2))

The Grand Jury further charges:

2.      On or about March 1, 2018, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM G. SMITH, III, aka BJ, having been previously convicted of a misdemeanor crime of domestic violence, that is:  Domestic Violence, in Portage County Municipal Court, Case No. R06CRB2255, on or about January 17, 2007, did knowingly possess in and affecting interstate commerce firearms, to-wit: a Remington, model 514, .22 caliber rifle, no serial number; a Masterpiece Arms, model MPA 10, .45 caliber pistol, serial number A15609; a Ruger, model AR-556, 5.56 caliber rifle, serial number 851-60828; a Glock, model 21, .45 caliber pistol, serial number TAP779; and a Romarm Cugir, model GP WASR 10/63, 7.62 caliber rifle, serial number 1966ST5109, and ammunition, in violation of Title 18, Sections 922(g)(9) and 924(a)(2), United States Code.

## FORFEITURE

The Grand Jury further charges:

3.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference.  As a result of the foregoing offenses, Defendant WILLIAM G. SMITH, III, aka BJ, shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a.      SCCY, model CPX-2, 9mm pistol, serial number 110340;

    b.      Remington, model 514, .22 caliber rifle, no serial number;

c.    Masterpiece Arms, model MPA 10, .45 caliber pistol, serial number
      A15609;

d.    Ruger, model AR-556, 5.56 caliber rifle, serial number 851-60828;

e.    Glock, model 21, .45 caliber pistol, serial number TAP779;

f.    Romarm Cugir, model GP WASR 10/63, 7.62 caliber rifle, serial number
      1966ST5109, and

g.    Miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.